UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| OSCAR PONCE MEDINA, | ) | No. SA CV 13-299-PSG (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JEFFREY BEARD, Secretary, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 11/14/14

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE